HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
SETH MICHAEL BERTOLINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-cr-260 TLN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| SETH MICHAEL BERTOLINI, | Date: December 11, 2014 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and DOUGLAS J. BEEVERS, attorney for SETH MICHAEL BERTOLINI that the status conference hearing date of November 6, 2014 be vacated, and the matter be set for status conference on December 11, 2014 at 9:30 a.m.

The reason for this continuance is due to a scheduling conflict. Defense counsel will be in trial for another case (U.S. v Peel, 2:14-cr-192-GEB) on the date of November 6, 2014.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 11, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: November 3, 2014              Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                                     */s/ Douglas J. Beevers*
                                     DOUGLAS J. BEEVERS
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     SETH MICHAEL BERTOLINI


Dated: November 3, 2014              BENJAMIN B. WAGNER
                                     United States Attorney

                                     */s/ Douglas J. Beevers for*
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 6, 2014, be continued to December 11, 2014, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from November 3, 2014, to and including, the December 11, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: November 4, 2014

_____
Troy L. Nunley
United States District Judge