# EXHIBIT A

# BUTTE INTERAGENCY
# NARCOTICS TASK FORCE
# NORTH
# INVESTIGATION REPORT

| INVESTIGATION TITLE: BERTOLINI, Seth M. | DATE: June 4, 2014 | CASE NUMBER: B14-C-581 |
|---|---|---|
| REPORT NUMBER: 1st | TYPE OF REPORT: Opening/arrest/closing | CASE X-REF: Chico PD 14-3505 |
| CASE AGENT: Brian White | REPORTING AGENT: Brian White | SUPERVISOR: Sgt. Curtis Prosise |

## SUMMARY:

On June 4, 2014, Chico Police Department Officer Kevin Hass conducted an enforcement stop on a Ford Crown Victoria for a vehicle code violation. Officer Hass contacted the driver of the Ford and immediately recognized him as Seth Michael BERTOLINI (DOB: 11-06-1970). During the contact, BERTOLINI was verbally abusive, aggressive and eventually fled from Officer Hass. Officer Hass gave chase, was able to catch BERTOLINI and arrested him. During a search of BERTOLINI and the vehicle, Officer Hass located several items of evidence including a glass methamphetamine pipe, over thirty five grams of heroin, a loaded .32 caliber revolver, digital scale, hypodermic needle(s), etc. Due to the located evidentiary items, BERTOLINI was taken into custody for 11350(a) H&S, 11351 H&S, 11352 H&S, 11370.1 H&S, 29800(a)(1) PC, 11364.1 H&S, 148(a) PC and 4573.6 PC.

After the arrest of BERTOLINI, Officer Hass notified Sergeant Curtis Prosise of BINTF. Sergeant Prosise and Detective Ament began a follow-up investigation and concluded it was likely BERTOLINI possessed more narcotics and/or firearms at his residence. Detective Ament authored a search warrant and it was served later that same afternoon. During service of the warrant at BERTOLINI's residence, additional heroin, drug paraphernalia, ammunition, a 7.62x25 caliber firearm, etc. were located.

## DETAILS OF INVESTIGATION:

On June 4, 2014, Chico Police Department Officer Kevin Hass conducted an enforcement stop on a Ford Crown Victoria for a vehicle code violation. Officer Hass contacted the driver of the Ford and immediately recognized him as Seth Michael BERTOLINI (DOB: 11-06-1970). During the contact, BERTOLINI was verbally abusive, aggressive and eventually fled from Officer Hass. Officer Hass gave chase, was able to catch BERTOLINI and arrested him. During a search of BERTOLINI and the vehicle, Officer Hass located several items of evidence including a glass methamphetamine pipe, over thirty five grams of heroin, a loaded .32 caliber revolver, digital scale, hypodermic needle(s), etc. Due to the located evidentiary items, BERTOLINI was taken into custody for 11350(a) H&S, 11351 H&S, 11352 H&S, 11370.1 H&S, 29800(a)(1) PC, 11364.1 H&S, 148(a) PC and 4573.6 PC.

On June 4, 2014, at approximately 1500 hours, I conducted a briefing for Butte Interagency Narcotics Task Force (BINTF) Sergeant Curtis Prosise, Detectives Derek Ament, Chico Police Department Sergeant Rob Merrifield and Chico Police Department Officer Kevin Hass. The purpose of the briefing was to ensure the safe service of a search warrant at 3532 Via Medio, City of Chico, Butte County California. After the arrest of BERTOLINI, Officer

BUTTE INTERAGENCY
NARCOTICS TASK FORCE
NORTH
INVESTIGATION REPORT
CONTINUATION

**B14-C-581**     **Opening/arrest/closing**     **Page 2**

Hass notified Sergeant Curtis Prosise. Sergeant Prosise and Detective Ament began a follow-up investigation and concluded it was likely BERTOLINI possessed more narcotics and/or firearms at his residence. Detective Ament authored a search warrant which was signed by the Honorable Denny Forland on the same date at 1329 hours. While conducting criminal history checks related to the search warrant, Detective Ament confirmed BERTOLINI was a convicted felon and was prohibited from possessing firearms and/or ammunition. Assignments were given at the briefing and personnel responded to the residence shortly thereafter.

    Upon arriving at the residence, I announced our presence, the fact we had a search warrant and demanded entry. There was no response from within the residence and I repeated this procedure several times. After a reasonable amount of time had passed and it became apparent nobody was responding from within, Sergeant Prosise called for a breach of the door. Detective Ament breached the door, the residence was searched and no subjects were located. The time of service of the search warrant was at approximately 1535 hours.

    After securing the residence, personnel began a search and several evidentiary items were located. Items located included .32 caliber ammunition, both used and new hypodermic needles, tar and liquid heroin, cotton balls with suspected heroin residue, torn bags, several boxes of zip-lock bags, a semi- automatic handgun, indicia in BERTOLINI's name, etc.

    The located ammunition was .32 caliber; six rounds found in a cigarette box in the nightstand next to the bed in the master bedroom and thirty eight rounds found in a box under a bottom drawer of a dresser in the master bedroom. The Remington Brand retail box which contained the thirty eight rounds of ammunition had empty slots for twelve additional rounds. Based on this, I concluded it was highly likely the twelve missing rounds from the box of ammunition were likely the six .32 caliber rounds located in the cigarette box and the six loaded rounds in the handgun Officer Hass found BERTOLINI to be in possession of that morning.

    I tested the located tar heroin found on top of a band-aid box in the master bedroom, it tested presumptive positive and had a total net weight of one gram. The suspected liquid heroin found at the residence was located in a hypodermic syringe found in the laundry room and in a glass dish in a cupboard in the kitchen. The liquid heroin in the hypodermic syringe measured approximately 30 cc's while the liquid heroin in the glass dish was four to five times that much. I did not get an approximate measurement of heroin in the glass dish due to not having the proper measuring equipment at the time. I did not perform a presumptive test on either of the suspected liquid heroin samples but based on my training and experience concluded they were likely both heroin. Of the needles located at the residence, some were new, but three others were used and appeared to contain a brown residue. The cotton balls with the suspected heroin residue were found in a zip-lock bag in the master bedroom. The torn plastic bags were located in the master bathroom and the boxes of zip lock bags were found in a cupboard in the kitchen. Although the heroin, needles and cotton balls found at the residence suggests BERTOLINI was a heroin user, the located packaging material combined with the large amount of heroin found on his person at the time of arrest suggests he also possessed it for sale.

    The firearm located at the residence was a semi-automatic 7.62 X 25 caliber. The handgun was located in