HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
SETH MICHAEL BERTOLINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SETH MICHAEL BERTOLINI,<br><br>  Defendant. | Case No.  2:14-cr-260 TLN<br><br>STIPULATION AND ORDER TO CORRECT THE PRE-SENTENCE REPORT<br><br>Date:  May 21, 2015<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff,  and DOUGLAS J. BEEVERS, attorney for SETH MICHAEL BERTOLINI that the Pre-sentence Report be corrected to remove a typographic error in drug quantity.  This correction is required because further investigation by the parties has established that the police officer's report incorrectly listed the size of the heroin syringes as 100 cc where it should have indicated 1 cc syringes (with 100 unit markings indicating .01 cc each).  This correction requires changes to page 5, page 6-7 (para. 5), page 7-8 (para. 14), page 8 (para. 20, 24), page 19 (para. 87), page 23.  The proposed interlineation changes are submitted as Exhibit A.  The effect of these charges is that the total drug weight is 40.86 g of heroin for a final guideline range of 63-78 months, and a joint recommendation of the parties of a 77 months prison sentence.

1  United States Probation Officer Anthony Andrews has reviewed the parties' stipulated
2  corrections to the Pre-sentence report. USPO Andrews joins in the recommended corrections.
3  USPO Andrews recommends the final guideline range of 63-78 months, and a low-end 63 month
4  prison sentence.

5  Pursuant to this stipulation, Mr. Bertolini withdraws all other sentencing objections.

6  Dated: May 20, 2015                    Respectfully submitted,

7                                          HEATHER E. WILLIAMS
8                                          Federal Defender

9                                          /s/ Douglas J. Beevers
                                           DOUGLAS J. BEEVERS
10                                         Assistant Federal Defender
                                           Attorney for Defendant
11                                         SETH MICHAEL BERTOLINI

13  Dated: May 20, 2015                    BENJAMIN B. WAGNER
                                           United States Attorney
14
15                                         /s/ Douglas J. Beevers for
                                           MICHELLE RODRIGUEZ
16                                         Assistant U.S. Attorney

17                              **ORDER**

18  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
19  pre-sentence report is corrected pursuant to the stipulation of the parties.
20  Dated: May 20, 2015

                                           _____
                                           Troy L. Nunley
                                           United States District Judge