| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | SETH MICHAEL BERTOLINI |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:14-cr-00260-TLN-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | WAIVER OF DEFENDANT'S PRESENCE: |
| | ) | DETENTION HEARING |
| SETH MICHAEL BERTOLINI, | ) | |
| , | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Seth Michael Bertolini, hereby waives the right to be present in person in open court upon the detention hearing set for January 13, 2022 (Currently requested to be moved to January 14, 2022).

Defendant hereby requests the Court to proceed during this absence which the Court may permit under this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C.

§§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: January 13, 2022

    /s/ Seth Michael Bertolini
Defendant
SETH MICHAEL BERTOLINI
Original retained by counsel

I agree and consent to my Client's waiver of appearance.

Dated: January 13, 2022

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant

**~~PROPOSED~~ ORDER**

The Court finds that the Defendant has knowingly waived his appearance for the detention hearing set for January 13, 2022 under which a waiver is permitted by Federal Rule of Criminal Procedure 43, and finds that the Defendant is detained at the Sacramento County Mail Jail in the Eastern District of California, IT IS ORDERED that Defendant's waiver of appearance is accepted for the detention hearing set for January 13, 2022.

IT IS SO ORDERED.

Dated: January 13, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE