MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for SETH BERTOLINI

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:14-cr-260 TLN |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER FOR A NEW DISPOSITIONAL |
| SETH BERTOLINI, | ) HEARING DATE OF JUNE 18, 2026 |
| | ) |
| Defendant. | ) Judge: Hon. Troy L. Nunley |
| ==============================) | |

Defendant SETH BERTOLINI is requesting a continuance of his dispositional hearing, which is presently set for April 23, 2026, because he and Mr. Long need more time to respond the probation officer's dispositional memorandum that was filed on April 13, 2026, and to draft Mr. Bertolini's dispositional memorandum.  AUSA Nicholas Fogg, on behalf of the United States Attorney's Office, and USPO Kevin Gommeringer, on behalf of the United States Probation Office, have no objection to the requested continuance to June 18, 2026.

Dated:  April 17, 2026                          Respectfully submitted,

                                                /s/ Michael D. Long
                                                MICHAEL D. LONG
                                                Attorney for Seth Bertolini


Dated:  April 17, 2026                          ERIC GRANT
                                                United States Attorney

                                                /s/ Nicholas Fogg
                                                NICHOLAS FOGG
                                                Assistant U.S. Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that Mr. Bertolini's sentencing hearing will be rescheduled for June 18, 2026.


Dated:  April 17, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE